### 15417.   CROWLEY *v.* THE STATE.

LUKE, J. 1. A conviction of larceny was authorized by the evidence.

2. The seven grounds of the motion for a new trial, as to the exclusion of evidence, the alleged insufficiency of evidence, and alleged error in excerpts from the charge of the court, are without substantial merit. The defendant has had a legal trial, and for no reason pointed out did the court err in overruling the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MAY 13, 1924.

Indictment for larceny from house; from Lowndes superior court
—Judge Dickerson presiding. February 16, 1924.

H. B. Edwards, Hendricks & Hendricks, for plaintiff in error.

C. E. Hay, solicitor-general, Eva L. Hay, contra.